IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DINZEL E. NORMAN      PETITIONER

V.      CASE NO. 3:17-CV-3077

GRANT HARRIS, WARDEN      RESPONDENT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 14) filed in this case on November 30, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) should be **DISMISSED WITH PREJUDICE**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

**IT IS SO ORDERED** on this 4th day of January, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE